THOMAS J. WALCZYK *v.* BARBERINO REALTY AND
DEVELOPMENT CORPORATION ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 48 Conn. App. 911 (AC 17055),
is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Eugene P. Falco*, in support of the petition.

*Robert J. Reeve*, in opposition, which was adopted
by *James E. Hayes* and *Kerry R. Callahan*.

Decided May 15, 1998

DOUGLAS BUSTER *v.* COMMISSIONER OF
CORRECTION

The petitioner Douglas Buster's petition for certification for appeal from the Appellate Court, 48 Conn. App.
910 (AC 17374), is denied.

*David B. Rozwaski*, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in
opposition.

Decided May 15, 1998